Núm. 5.—Pueblo, ex rel, Ramírez Santibáñez, et als., querellantes, *v.* Calderón, querellado.— Junio 19, 1940.

Llamado este caso para vista comparecieron las partes por sus abogados. Oídos el querellante y el querellado en cuanto a la excepción de falta de jurisdicción levantada por este último, habiendo llegado el Tribunal a la conclusión de que está bien fundada la excepción, se declara sin jurisdicción original para conocer del asunto, y en su consecuencia desestima la solicitud y anula el auto expedido.